Commonwealth ex rel. Yodock, Appellant, v.
Russell.

Submitted December 13, 1965.
*Walter Yodock,* appellant, in propria persona; *Clinton
W. Smith,* Second Assistant District Attorney, and
*Henry G. Hager, 3rd,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Yodock, Appellant, v.
Russell.

Submitted December 13, 1965.
*Walter Yodock,* appellant, in propria persona; *Clinton
W. Smith,* Second Assistant District Attorney, and
*Henry G. Hager, 3rd,* District Attorney, for appellee.
Order affirmed.

Commonwealth v. Ghrist, Appellant.

Argued December 13, 1965. *Sanford
S. Finder,* for appellant; *Arnold W. Hirsch,* First As-
sistant District Attorney, with him *Harold V. Fergus,*
District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.
Montgomery, J., dissents and would grant a new
trial.
Flood, J., absent.

Commonwealth v. Leslie, Appellant.